# Exhibit 2

**Axos Invest LLC. - Retail Order placement and execution using an Order Execution and Management System**

**Infringement of the ‘782 patent**

| **Claim 20** | **Evidence** |
|---|---|
| 20. A method comprising: | Axos Invest performs a method of operating a system for transacting trades.<br><br>For example, Axos Invest operates, or otherwise uses, an order execution and management system for transacting trades in trading items such as securities.<br><br><br><br>Source: https://www.axos.com/invest/self-directed-trading/commission-free-stocks-and-etfs |

<table>
<tr>
<td></td>
<td>



Source: https://www.axos.com/invest/self-directed-trading/commission-free-stocks-and-etfs




Source: https://www.axos.com/invest/managed-portfolios
</td>
</tr>
<tr>
<td>associating a plurality of trading entities each with an identifier using a processor</td>
<td>The system operated by Axos Invest, which system is implemented at least partly in hardware, uses a processor to associate each of multiple trading entities with an identifier.</td>
</tr>
</table>

| | |
|---|---|
| implemented at least partly in hardware; | For example, Axos Invest provides securities trading services to multiple clients, some of which are individual investors. Axos Invest provides these services via an order execution and management system. The order execution and management system assign an account identifier (e.g., a customer number) to each client.<br><br><br>Source: https://www.axos.com/invest/managed-portfolios<br><br><br>Source: https://www.axos.com/invest/managed-portfolios/investing-details |

| | |
|---|---|
| | <br>Source: https://www.axos.com/invest/self-directed-trading |
| acquiring trade history information including a histories of trading transactions associated with a plurality of said identifiers using a processor implemented at least partly in hardware; | The system operated by Axos Invest acquires trade history information including histories of trading transactions associated with the identifiers.<br><br>For example, using the order execution and management system, Axos Invest provides securities trading services in the form of trading transactions to Axos Invest clients. The system stores the trading transactions according to the client's identifier in a database. The system accesses the trading history of a given client from the database using the client's account identifier. |

## WHAT DOES AXOS BANK® DO WITH YOUR PERSONAL INFORMATION?

Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do.

The types of personal information we collect and share depend on the product or service you have with us. This information can include:

- Social Security number and income
- Account balances and payment history
- Credit history and credit scores

All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons Axos Bank chooses to share; and whether you can limit this sharing.

| | |
|---|---|
| **How does Axos Bank collect my personal information?** | We collect your personal information, for example, when you<br>■ Open a deposit account, investment account, or deposit money<br>■ Pay your bills or apply for a loan<br>■ Use your debit card<br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |

Source: https://www.axos.com/documents/privacy-notice-axos

<table>
<tr>
<td></td>
<td>



Source: https://www.axos.com/invest/self-directed-trading
</td>
</tr>
<tr>
<td>generating profiles of said trading entities based on said histories, each said profile containing information that indicates whether trading transactions associated with a trading entity would generate a profit; and</td>
<td>
For example, the order execution and management system used by Axos Invest generates an account for each client. The account is associated with the trading history of that client and includes information that indicates if the client is a retail investor. Axos Invest order execution and management system enables investors to invest in US equities, such as those traded on the NYSE, NASDAQ, Cboe, and IEX stock exchanges.




Source: https://www.axosbank.com/
</td>
</tr>
</table>

**WHAT DOES AXOS BANK® DO WITH YOUR PERSONAL INFORMATION?**

Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do.

The types of personal information we collect and share depend on the product or service you have with us. This information can include:

- Social Security number and income
- Account balances and payment history
- Credit history and credit scores

All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons Axos Bank chooses to share; and whether you can limit this sharing.

Source: https://www.axos.com/documents/privacy-notice-axos

Axos Invest collects nonpublic Personal Identifiable Information such as name, address, Social Security number, date of birth, and employment information that identifies a customer as a retail investor as opposed to an institutional investor. Such information is needed to provide financial services, including mailing statements and transaction confirmation, and to ensure that their employees do not provide investment, legal or tax advice to retail investors. Axos Invest periodically reviews transaction history such as account balance and trading activity.

| | |
|---|---|
| | **5. Identity Verification.** To help the government fight money laundering activities and the funding of terrorism, federal law requires financial institutions to obtain, verify and record information that identifies each person who opens an account. In order for Axos Invest to verify your identity, we may ask for your:<br>a. Name<br>b. Date of Birth<br>c. Address<br>d. Taxpayer identification number (Social Security number or employer identification number)<br>You may also need to provide your driver's license or other identifying documents. A corporation, partnership, trust or other legal entity may need to provide other information, such as its principal place of business, local office, employer identification number, certified articles of incorporation, government-issued business license, a partnership agreement or a trust agreement.<br><br>Source: https://assets.axos.com/o9ov1v03uwqk/45VTStmCbIZI9dvZ8i99XE/4936edbba5b65d3c59395888d1ac70ae/Axos_Invest_Additional_Disclosures.pdf?<br><br>**How does Axos Bank collect my personal information?** — We collect your personal information, for example, when you<br>■ Open a deposit account, investment account, or deposit money<br>■ Pay your bills or apply for a loan<br>■ Use your debit card<br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies.<br><br>Source: https://www.axos.com/documents/privacy-notice-axos |

**What are your legal obligations to me when providing recommendations? How else does your firm make money, and what conflicts of interest do you have?**

We *do not* provide recommendations. The way we make money creates some conflicts with your interests. You should understand and ask us about these conflicts because they can affect the services we provide you. Here are some examples to help you understand what this means:

- Our firm makes money based upon a percentage of the fees or costs paid by you to our clearing firm. These fees include custodial fees, margin interest costs, transaction costs, and other processing fees.

Conversation Starter

> How might your conflicts of interest affect me, and how will you address them?

Source: https://assets.axos.com/o9ov1v03uwqk/SSJLhjxcsZtyNyu7CzbkN/328275be67087f281a91771ec3fc37c4/crs_172393.pdf?

When the client is a retail investor, a trading transaction for a security that is executed as a Retail Order would generate a profit for the client and for a Liquidity Provider of that security.

Multiple securities exchanges (e.g., NYSE, NASDAQ, CBOE, and IEX) have special programs to provide price incentives for retail investors and Liquidity Providers when executing Retail Orders made on behalf of individual investors. For example, under the NYSE Retail Liquidity program, Retail Liquidity Providers (RLPs) receive "economic benefits" Those benefits include NYSE transaction fee reductions and credits (see amounts from the "New York Stock Exchange Price List 2025" below). Those fee reductions and credits directly increase the profit made by RLPs who provide liquidity under the program by reducing their transaction costs. Therefore, when a profile indicates that a trading entity is a retail investor, trading transactions associated with that entity will generate a profit for the RLP by virtue of reduced transaction costs.

Liquidity Providers make a profit on the spread between the bid and ask price for an equity in exchange for providing liquidity in that equity. The transaction fees are a cost of providing that liquidity and consequently detract from the profit. Therefore,

a reduction in transaction fees will result in higher profits. The Retail Programs of other exchanges mentioned in the chart (e.g., NASDAQ, Cboe, and IEX) provide similar economic benefits to RLPs.

**Fees and Credits Applicable to Executions in the Retail Liquidity Program**

| | |
|---|---|
| Retail Liquidity Provider ("RLP") credit fee per share per execution of a Retail Price Improvement Order ("RPI") against a Retail Order (this rate is applicable to an RLP during the first two calendar months of operation as an RLP, and, beginning on the first day of the third consecutive calendar month of operation as an RLP, is applicable to an RLP that satisfies the applicable percentage requirement of Rule 7.44) | $0.0003 |
| Fee per share per execution of an RPI against a Retail Order by an RLP that, beginning on the first day of the third consecutive calendar month of operation as an RLP, does not satisfy the applicable percentage requirement of Rule 7.44 | $0.0003 |
| Non-RLP member organization (except DMMs) credit per share per execution of an RPI against a Retail Order | $0.0003 |
| Retail Member Organization ("RMO") credit per share per execution of a Retail Order against an RPI or MPL Order (An RMO shall be charged according to standard fee applicable to non-Retail Orders for a Retail Order that executes against the Book. The standard routing fee shall apply to a Retail Order that is routed away from the Exchange and executed on another market) | No charge |
| Non-RLP DMM credit per share per execution of an RPI against a Retail Order | $0.0020 |

Source: https://www.nyse.com/publicdocs/nyse/markets/nyse/NYSE_Price_List.pdf

Additionally, the Retail Investor receives price improvement for retail orders, wherein the equity is priced better than the best PBBO (protected best bid and offer), which for a retail buyer means the buyer will pay a lower price than the best bid price, and for a retail seller means the seller will receive a higher price than the best offer price. Therefore, trading transactions associated with the trading entity, specifically retail orders, will be instantly profitable due to the

price improvement under the retail program as compared to the market pricing of the same equity for non-retail market participants. Therefore, the trading entity's profile, which confirms the entity's status as a retail investor, indicates that trading transactions executed under the retail program will generate such profits.

NYSE Retail Orders and Retail Liquidity Program

# NYSE and NYSE National Retail Liquidity

The NYSE and NYSE National Retail Liquidity programs promote cost savings through price improvement for individual investors on retail order flow for securities that trade on the NYSE and NYSE National markets. Offering price improvement for retail orders within an exchange environment offers individual investors new economic incentives and provides greater transparency, liquidly and competition in the U.S. cash equities marketplace. The program can be utilized by retail firms directly as well as by the brokers that service retail order flow providers.

## Two Classes of Market Participants

- **Retail Member Organizations (RMOs)** who are eligible to submit certain retail order flow (Retail Orders) that is eligible for price improvement. (NYSE and NYSE National)
- **Retail Liquidity Providers (RLPs)** who provide price improvement for Retail Orders in the form of non-displayed interest priced better than the best PBBO. RLPs received economic benefits in exchange for meeting performance obligations. RLPs that miss obligations do not receive enhanced economics. The Exchanges have the right to revoke RLP status. (NYSE only)

Source: https://www.nyse.com/markets/liquidity-programs

**NASDAQ Retail Orders and Retail Liquidity Program**


Nasdaq

NORTH AMERICAN MARKETS

# BX Retail Price Improvement

NASDAQ OMX BX has introduced the Retail Price Improvement Program (BX RPI), a program that encourages enhanced cost savings for individual investors,while offering the unparalleled liquidity and transparency.

## Eligible Market Participants

**Retail Member Organization (RMO)**

Retail Member Organizations are Exchange Members who have been approved by BX to submit Retail Orders. To qualify as a RMO, a Member must meet the following criteria:

**There are 2 types of Retail Orders:**

**Type 1:**

Only interacts with price-improving liquidity.

- Shares that remain unexecuted after interacting with price improving liquidity are cancelled.
- Only executes at prices that are better than the NBBO.

**Type 2:**

Interacts with Retail Price Improving liquidity and liquidity on the BX Book.

Source: https://www.nasdaqtrader.com/content/BXRPIfs.pdf

**Cboe Retail Orders and Retail Liquidity Program**

Cboe

Markets | Cboe Data Vantage | Tradable Products | Listings | Indices | Education | About

Insights | Derivatives Market Research | Equities Market Research | Guest Author Series | Data Analytics and Indices | Our Stories | More

# Retail Price Improvement Provides Unique Opportunities for Retail Investors and Liquidity Providers

*May 1, 2024*

## Key Takeaways

- Retail trading has increased, but the majority of equities volume is executed off-exchange, limiting opportunities to interact with retail order flow on-exchange
- Retail Price Improvement (RPI) Orders on Cboe's BYX Equities Exchange provide a unique opportunity to interact exclusively with Retail Orders on-exchange, at price improvement levels in 1/10 of a cent increments
- Ample retail missed opportunities exist on BYX in high value stocks, including large-cap stocks in the S&P 500 and Russell 1000 indices

Source: https://www.cboe.com/insights/posts/retail-price-improvement-provides-unique-opportunities-for-retail-investors-and-liquidity-providers/

**IEX Retail Orders and Retail Liquidity Program**

Retail Program

# Overview

Broker-dealers that serve individual retail investors can apply to be Retail Member Organizations (RMOs), which can send Retail orders to IEX Exchange on behalf of their clients. Individual retail investors cannot trade directly on IEX Exchange.

Any broker-dealer Member of IEX Exchange can send Retail Liquidity Provider (RLP) orders, which operate as M-Peg orders that can only execute against Retail orders.

Source: https://www.iexexchange.io/products/retail-program#resources

**Priority & Pricing**

RLP orders, which only trade against eligible Retail orders, execute in price-time priority at the midpoint, outranking D-Peg orders, which rest outside the NBBO. RLP orders will be accepted and queued during pre-market but are only eligible to execute during the Regular Market Session. Open RLP orders are canceled at the end of the Regular Market Session.

Eligible Retail orders and RLP orders trade for free.

Source:
https://cdn.prod.website-files.com/635ad1b3d188c10deb1ebcba/63c024451d393a27417b406b_RLP_Retail_Liquidity_Provider_Order_Overview.pdf

Additionally, Axos Invest tracks transactions made by trading entities. The

entity's profile includes histories of those transactions for at least the purpose of providing transaction confirmations and account statements. Axos Invest receives income from some routing venues in the form of payment from the venue and/or shared execution income with the venue depending on the characteristics of an order and any subsequent executions. Therefore, by virtue of the transaction history, a trading entity profile includes an indication whether trading transactions associated with the entity would generate a profit for Axos Invest. For example, in the case where Axos Invest would receive a payment from a venue or a share in execution income for a trading transaction or subsequent transaction.

> **WHAT DOES AXOS BANK® DO WITH YOUR PERSONAL INFORMATION?**
>
> Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do.
>
> The types of personal information we collect and share depend on the product or service you have with us. This information can include:
>
> - Social Security number and income
> - Account balances and payment history
> - Credit history and credit scores
>
> All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons Axos Bank chooses to share; and whether you can limit this sharing.

Source: https://www.axos.com/documents/privacy-notice-axos

5. **Identity Verification.** To help the government fight money laundering activities and the funding of terrorism, federal law requires financial institutions to obtain, verify and record information that identifies each person who opens an account. In order for Axos Invest to verify your identity, we may ask for your:

a. Name

b. Date of Birth

c. Address

d. Taxpayer identification number (Social Security number or employer identification number)

You may also need to provide your driver's license or other identifying documents. A corporation, partnership, trust or other legal entity may need to provide other information, such as its principal place of business, local office, employer identification number, certified articles of incorporation, government-issued business license, a partnership agreement or a trust agreement.

Source: https://assets.axos.com/o9ov1v03uwqk/45VTStmCbIZI9dvZ8i99XE/4936edbba5b65d3c59395888d1ac70ae/Axos_Invest_Additional_Disclosures.pdf?

| | |
|---|---|
| **How does Axos Bank collect my personal information?** | We collect your personal information, for example, when you<br>■ Open a deposit account, investment account, or deposit money<br>■ Pay your bills or apply for a loan<br>■ Use your debit card<br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |

Source: https://www.axos.com/documents/privacy-notice-axos

| | |
|---|---|
| | **8. Payment for Order Flow.** Axos Invest directs all trades in your account to our brokerage partner, Apex Clearing, for execution and clearing. Axos Invest may receive payment for directing orders to certain exchanges. Axos Invest periodically reviews trade routing decisions to ensure your orders meet best execution standards. When we effect trades<br><br>for your Account, we may aggregate these trades with trades for other clients when, in our judgment, aggregation is in the best interest of all clients involved. Orders are aggregated to facilitate seeking best execution, to negotiate more favorable commission rates, or to allocate equitably among clients the effects of any market fluctuations that might have otherwise occurred had these orders been placed independently. The transactions are averaged as to price and allocated as to amount according to the daily purchase and sale orders actually placed for each client account.<br><br>Source: https://assets.axos.com/o9ov1v03uwqk/45VTStmCbIZI9dvZ8i99XE/4936edbba5b65d3c59395888d1ac70ae/Axos_Invest_Additional_Disclosures.pdf |
| generating different offers to buy or to sell a trading item to different trading entities based on the profiles of individual trading entities, the offer being processed through an exchange that processes trading transactions for items having a bid/offer spread, using a processor implemented | For example, Axos Invest receives a request from one of its clients to buy or sell a trading item such as a security on the clients' behalf. In the case of the client being an individual investor, based on the client's profile, the system generates a buy or sell Retail Order and routes the order to the appropriate exchange that has a Retail Liquidity Program for that security. The exchange processes the order according to the bid/offer spread agreement of the Retail Liquidity Program.<br><br>Axos Invest sends equity orders to exchanges, electronics communication networks or broker-dealers. The order routing decisions are based on a number of factors, including the opportunity for price improvement. Axos Invest regularly reviews routing decisions to ensure that the orders meet Axos Invest's duty of best execution. |

at least partly in hardware.

**Routing Disclosure-Rule 606**

The U.S. Securities and Exchange Commission's client disclosure rule, Rule 606, requires all broker-dealers that route orders in equity and options securities to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which the client orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealer's relationship with such venues. With trades being performed through Axos Clearing's MPID, please refer to the links below.

Current Reports: View Public Report Library
Historical Reports: View Historical Reports

As required under SEC Rule 606(b)(1), customers may request specific order routing and execution information from their clearing firm. The information will provide the identity of the market center to which customer orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the executions, if any, that resulted from such orders for both held and not held orders.

Source: https://www.axosclearing.com/disclosures

**NYSE Retail Orders and Retail Liquidity Program**

# Retail Order Overview

A Retail Order is an agency that originates from a natural person and is submitted to the Exchange by an RMO. The order cannot originate from a trading algorithm or any other computer methodology. The Retail Order interacts with Retail Price Improvement (RPI) orders and other available orders that are priced better than the contra-side PBBO. RPI orders may be sent by RLPs or any other market participant. NYSE sends an indicator to both the NYSE XDP and SIP feeds when RPIs are available, indicating the side of the interest but not the size.

Source: https://www.nyse.com/markets/liquidity-programs

**NASDAQ Retail Orders and Retail Liquidity Program**

## Orders

### Retail Order

Retail Orders are agency or riskless-principal orders that seek price improvement and originate from a natural person.

Retail Orders will always receive the most price improvement possible.

Retail orders can only be submitted to BX by an approved RMO and must meet the following conditions:

- Must be an "Immediate or Cancel" (IOC) order. Any Retail Orders submitted with a time-in-force greater other than IOC will be converted to an IOC order.
- Must be submitted with an explicit limit price.
- May not be submitted in sub-penny increments.
- Must be submitted through a Retail Only Port.

### Retail Price Improvement Order (RPI Order)

RPI orders consist of non-displayed interest on BX that is priced better than the Protected National Best Bid or the Protected National Best Offer (NBBO) by at least $0.001.

All RPI orders are booked in accordance with a price-time priority.

RPI Orders are only permitted to add liquidity and can only execute against incoming Retail Orders.

Additionally, RPI orders must meet the following conditions:

- Must be submitted with a limit price.
- RPI orders can be an explicitly priced limit order or implicitly priced at the NBBO with a positive offset.
- Must be submitted for securities priced greater than $1.00.
- Must be submitted with a minimum increment of $0.001.

nasdaq.com/solutions/equities 1

Source: https://www.nasdaqtrader.com/content/BXRPIfs.pdf

**Cboe Retail Orders and Retail Liquidity Program**

| | |
|---|---|
| | Retail trading has increased in recent years, with more retail participants investing in a variety of asset classes, including equities. However, a large portion of this is executed off-exchange, limiting the opportunities for on-exchange investors to interact with retail order flow. Cboe has introduced many incentives to increase on-exchange retail trading, including Retail Priority, pricing incentives for low cost remove and premium rebates for Retail Orders[1], and the EDGX Retail Membership Program, a program that gives retail brokers that become a direct member on EDGX discounts on port fees and market data. Retail pricing tiers also give growing retail firms additional rebates. The Retail Price Improvement (RPI) program on Cboe's BYX Equities Exchange provides a unique opportunity for liquidity providers to interact exclusively with inbound Retail Orders seeking price improvement. In Cboe's latest Equities Execution Consulting study, we examine the benefits and opportunities of interacting with Retail Orders through the RPI program.<br><br>**How Do Retail Orders and RPI Work?**<br><br>RPI Orders[2] offer the ability to give price improvement in 1/10 of a cent increments ($0.001) better than the NBB or NBO, to Retail Orders only. Retail Member Organizations[3] that submit Retail Orders to BYX may receive price-improved executions on the exchange, giving retail investors exclusive access to price-improved liquidity from RPI Orders. Retail Orders can also receive price improvement by executing against other hidden liquidity in addition to RPI Orders, such as midpoint pegs, and may receive an enhanced rebate for interacting with price-improving orders.<br><br>Source: https://www.cboe.com/insights/posts/retail-price-improvement-provides-unique-opportunities-for-retail-investors-and-liquidity-providers/<br><br><br><br>**<u>IEX Retail Orders and Retail Liquidity Program</u>** |

| | |
|---|---|
| | **Retail Order Type**<br><br>Any order submitted by a Retail Member Organization that is designated with a "Retail order" modifier.<br><br>**Overview**<br><br>Any order submitted by a Retail Member Organization that is designated with a "Retail order" modifier. Retail orders must reflect trading interest of a natural person, with no change made to the terms of the underlying order of the natural person with respect to price (except in the case of a market order that is changed to a marketable limit order) or side of market. Additionally, they must originate from individuals and cannot originate from a trading algorithm or any other computerized methodology.<br><br>**Retail Order Details**<br><br>Retail orders must be submitted as D-Peg or M-Peg orders with a Time-in-Force (TIF) of Immediate or Cancel (IOC) or Fill-or-Kill (FOK) and are eligible to interact with Retail Liquidity Provider orders (RLP orders, see below) as well as other orders priced to execute at the midpoint or a more aggressive price. Any unexecuted portion of Retail orders will be canceled once all eligible available liquidity on IEX Exchange is exhausted.<br><br>Source: https://www.iexexchange.io/products/retail-program#resources |

| | |
|---|---|
| | **Retail Liquidity Provider**<br><br>Retail Liquidity Provider (RLP), which can be submitted by any Member, is a variation of a Midpoint Peg (M-Peg) order that only executes against eligible Retail orders.<br><br>**Retail Liquidity Provider Details**<br><br>Like M-Peg, RLP is a non-displayed order type that is priced at the less aggressive of the midpoint price or the order's limit price. Eligible Retail orders are those that are designated with a "Retail order" modifier, are either an M-Peg or D-Peg with a Time-in-Force (TIF) of Immediate or Cancel (IOC) or Fill-or-Kill (FOK), and are submitted by a Retail Member Organization (RMO).<br><br>RLP orders interact with eligible Retail orders in price-time priority at the midpoint price, outranking D-Peg orders, which rest outside the NBBO. When there is at least one round lot (in aggregate) of RLP interest available and eligible to trade at the midpoint price that offers at least 10 mils of price improvement, a Retail Liquidity Indicator (RLI) will be disseminated via IEX market data feeds (TOPS and DEEP) and the SIP.<br><br>Source: https://cdn.prod.website-files.com/635ad1b3d188c10deb1ebcba/63c024451d393a27417b406b_RLP_Retail_Liquidity_Provider_Order_Overview.pdf |